
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

JAN 22 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 15-CR-00133-GKF |
| **VYSEAN LEANDRE EMBRY,** | ) ) ) |
| **Defendant.** | ) |

### INFORMATION TO ESTABLISH PRIOR CONVICTION
### PURSUANT TO 21 U.S.C. § 851

The United States of America, by and through counsel, Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Joel-lyn A. McCormick, and Neal Hong Assistant United States Attorneys, files this Information to establish a prior conviction, pursuant to 21 U.S.C. § 851, which raises the penalty for Count 1 of the Indictment from a mandatory minimum of ten (10) years imprisonment to a mandatory minimum of twenty (20) years and a maximum of life imprisonment. The prior conviction established by this Information also raises the penalty for Counts 2-18, 25-30 and 50 to a statutory maximum of thirty (30) years imprisonment.

Count 1 of the Indictment charges the defendant with conspiracy to possess with intent to distribute and distribution of 280 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(iii)(II). Counts 2-18 and 25-30

charge the defendant with distribution of cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Count 50 charges the defendant with conspiracy to maintain a drug involved dwelling, in violation of Title 21, United States Code, Sections 846 and 856(b).

Prior to the filing of the Indictment and Superseding Indictment filed in this matter, the defendant, **VYSEAN LEANDRE EMBRY**, was convicted of the following felony drug offense:

> Possession of Controlled Drug With Intent to Distribute, Case No. CF-2002-3481 in the 14th Judicial District of Tulsa County, State of Oklahoma, on June 11, 2003.

Accordingly, the United States gives notice pursuant to Title 21, United States Code, Section 851, that the increased statutory penalty for Count 1 is not less twenty (20) years imprisonment and not more than life imprisonment and a fine not to exceed $20,000,000, and the increased statutory penalty for Counts 2-18, 25-30 and 50 is a statutory maximum of not more than thirty (30) years imprisonment and a fine not to exceed $ 2,000,000.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
United States Attorney

/s/ Joel-lyn A. McCormick
Joel-lyn A. McCormick, OBA No. 18240
Neal Hong, IL Bar #6309265
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Shannon McMurray
Attorney for Defendant

/s/ Joel-lyn A. McCormick
Joel-lyn A. McCormick
Assistant United States Attorney