# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 15-CR-0133-001-GKF |
| v. | ) | |
| | ) | USM No.: 09588-062 |
| VYSEAN LEANDRE EMBRY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. # 579) filed on October 2, 2023.

The Court is in receipt of documentation showing that defendant sent a request for compassionate release to the warden at FMC Fort Worth on August 4, 2022, which was denied on August 22, 2022. The Court finds that, pursuant to 18 U.S.C. § 3582(c)(1)(A), more than thirty days have lapsed since defendant's request to the warden, giving this Court authority to consider defendant's motion.

**IT IS THEREFORE ORDERED** that the United States Attorney's Office shall file a response to the merits of defendant's motion for reduction of sentence (Dkt. # 579), by **December 22, 2023**.

**IT IS SO ORDERED** this 7th day of November, 2023.

Gregory K. Frizzell
United States District Judge